FILED

MAY 1 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ALISON E. DAW (CSBN 137026)
   Assistant United States Attorney
4
   150 Almaden Blvd., Suite 900
5  San Jose, California 95113
   Telephone: (408) 535-5044
6  FAX: (408) 535-5081
   Email: alison.daw@usdoj.gov
7
   Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   YELENA SHAYKHEVICH,              )   No. C 05-0521 MHP
13                                  )
         Plaintiff,                 )   STIPULATION TO REMAND MATTER
14                                  )   TO U.S. CITIZENSHIP & IMMIGRATION
      v.                            )   SERVICES FOR ADJUDICATION OF
15                                  )   NATURALIZATION APPLICATION;
   DEPARTMENT OF HOMELAND           )   [PROPOSED] ORDER
16 SECURITY, et al.,                )
                                    )
17       Defendants.                )
                                    )
18

19     U.S. Citizenship and Immigration Services ("U.S. CIS") has received and completed its

20 review of the results of the security checks for Ms. Shaykhevich. Accordingly, U.S. CIS is

21 prepared to adjudicate Ms. Shaykhevich's naturalization application at this time. However U.S.

22 CIS cannot act on the naturalization application while this action is pending. Accordingly, the

23 parties request that the Court remand this matter to U.S. CIS for immediate adjudication of Ms.

24 Shaykhevich's naturalization application.

25 ///

26 ///

27 ///

28 ///

ANSWER
C 05-0521 JCS                       -1-

| | | |
|---|---|---|
| 1 | DATED: May 6, 2005 | JEWISH FAMILY & CHILDREN SERVICES |
| 2 | | |
| 3 | | /s/ Geri N. Kahn <br> GERI N. KAHN <br> Attorneys for Plaintiff |
| 4 | | |
| 5 | DATED: May 5, 2005 | KEVIN V. RYAN <br> United States Attorney |
| 6 | | |
| 7 | | /s/ Alison E. Daw <br> ALISON E. DAW <br> Assistant United States Attorney <br> Attorneys for Defendant |
| 8 | | |

## ORDER

Pursuant to the stipulation of the parties, the Court hereby REMANDS this matter to U.S. Citizenship and Immigration Services with instructions that it complete adjudication of Ms. Shaykhevich's naturalization application within 2 business days of this order.

IT IS SO ORDERED.

DATED: May 10, 2005

MARILYN HALL PATEL
United States District Judge

ANSWER
C 05-0521 JCS

-2-